FILED
FEB 7 2022

Clerk, U.S. District Court
Texas Eastern

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**TEXARKANA DIVISION**

FORREST INVESTMENT ASSOCIATES LP., CIVIL ACTION NO. 5:19-CV-00065-RWS

Plaintiff,

V.

APRIL THOMPSON, JAMES THOMPSON,

JAMES THOMPSON TRUCKING, LLC,

JAMES THOMPSON TRANSPORT, LLC,

JAMES THOMPSON D/B/A JAMES THOMPSON RACING,

Defendants

**AMENDED QUARTERLY STATUS REPORT**

On August 12, 2019, Randy Moore was appointed Receiver in the above listed case. This appointment was to remain functional until further Order of the Court, and allowed Mr. Moore, hereinafter styled Receiver, to serve without bond for the estate of the Receivership Defendants.

Further, it was Ordered that within thirty (30) days after the end of each calendar quarter, Receiver file and serve a full report (to be titled Quarterly Status Report) and accounting of the Receivership Estate, reflecting the existence, value and location of all Receivership Property, as well as the extent of liabilities, both claimed to exist by others and believed by Receiver to be legal obligations of the Receivership Estate.

On January 31, 2022, Randy Moore, Receiver filed the Quarterly Status Report with the Court. It was noted that Defendants provided inaccurate, conflicting, misleading and unreliable financial information to the Receiver. Receiver requested that Defendants April and James Thompson provide 1099's, W-2's and accurate, complete income information from their employers Donnie Wilson Trucking, Arise Partners and Arthur Express for the year 2021.

On February 1, 2022, Receiver, thru the US Mail, received 1099 and W-2 documents for 2021. This AMENDED QUARTERLY STATUS REPORT attempts to present more reliable financial information for the Defendants April Thompson and James Thompson for the year 2021.

**SUMMARY OF JAMES THOMPSON INCOME**

Attached Exhibit 1 shows income (after expenses) provided by James Thompson for the benefit of the Receivership Estate from January 8, 2021 thru June 2, 2021. These funds were deposited to the Receivership Account at State Bank and reported by Receiver in the Quarterly Status Report. The total amount provided was $3,300.00. Exhibit 1-A shows the amount reported by Donnie Wilson Trucking LLC was $19,550.00 (See attached, 1099-NEC).

From July 8, 2021 thru December 17, 2021, James Thompson reported to be unemployed and doing yard work and odd jobs. Attached Exhibit 2 shows income of $601.30 contributed to the Receivership Estate. This was reported weekly as income earned thru mowing yards and doing odd jobs for cash. These funds were deposited to the Receivership Account at State Bank and reported by Receiver in the Quarterly Status Report.

On December 29,2021 and January 4, 2022, Receiver witnessed James Thompson driving trucks for Arthur Express Inc. On January 6, 2022, Receiver requested a true and accurate accounting of income earned by James Thompson. On January 19, 2022 Receiver was provided a report. (Attached Exhibit 2-A) James Payroll/Expenses Reconciliation. Exhibit 2-A reports income of $12,400.98 and expenses reported were $12,400.98. Exhibit 2-A appears to be conflicting and unreliable.

On February 1, 2022, Receiver, thru the US Mail, received W-2 Wage and Tax Statement, reported by Arthur Express Inc shows wages totaling $30,307.83. (See attached Exhibit 2-B)

TOTAL INCOME PROVIDED RECEIVERSHIP ESTATE January 2021 thru December 2021

| | | |
|---|---|---|
| Donnie Wilson Trucking LLC | $3,300.00 | |
| Yard Work/Odd Jobs | $601.30 | |
| TOTAL INCOME PROVIDED RECEIVERSHIP ESTATE | | $3,901.30 |

TOTAL INCOME REPORTED BY EMPLOYERS (Attached 1099-NEC & W-2)

| | | |
|---|---|---|
| Donnie Wilson Trucking LLC | $19,550.00 | |
| Arthur Express Inc | $30,307.83 | |
| TOTAL INCOME REPORTED BY EMPLOYERS | | $49,857.83 |

Case 5:19-cv-00065-RWS Document 173 Filed 04/12/22 Page 3 of 12 PageID #: 3321

**SUMMARY OF APRIL THOMPSON INCOME**

Attached Exhibit 3 shows income of $7,846.19 provided by April Thompson thru her employer Arise Virtual Solutions Inc. This income was deposited electronically, bi-monthly to the Receivership Account at State Bank. These funds were reported by Receiver in the Quarterly Status Report. The Rents reported by Arise Virtual Solutions Inc totaled $12,185.34. (See attached 1099-MISC) Exhibit 3-A.

TOTAL INCOME PROVIDED RECEIVERSHIP ESTATE January 11, thru October 23, 2021 $7,846.19

TOTAL INCOME REPORTED BY EMPLOYER (Attached 1099-MISC) $12,185.34

**STATUS OF PERSONAL PROPERTY RESIDENCE**

On October 6, 2021, the Court issued an Order Entering Agreed Modification To Amend Consent Order Appointing Receiver. The Order allowed the Receiver to immediately market for sale the personal property residence, and all fixtures thereto, of April and James Thompson located at 921 CR 1103, Maud, Texas 75567 and to retain a real estate agent or other professionals to assist with the sale of the property. On October 7, 2021, Receiver employed MTG Engineers and Surveyors to review issues concerning the property. On November 4, 2021, MTG completed a Boundary Survey of the 5 acre home site. A copy of the Boundary Survey is attached Exhibit 4. The survey disclosed several serious encroachment and access issues. The survey shows the residential home encroaches approximately (4) four feet on to property owned by William H. Pierce and wife Shirley A. Pierce. Access to the east side of the property goes thru property owned by Mr. & Mrs. Pierce. Mr. & Mrs. Pierce are the parents of Defendant April Thompson.

Receiver has actively marketed the property. Between December 10 and 23, Receiver reviewed and considered offers to purchase the property. All offers required the encroachment and access issues to be resolved. Due to the serious encroachment and access issues, Receiver discussed purchase options with Mr. William Pierce. Mr. Pierce repeatably declined any options "That would ultimately benefit the Receiver or the Receivership Estate". Currently, Receiver has no offers for the property. On February 1, 2022, Receiver received notice of Trustee Sale for March 1, 2022. (See attached Exhibit 5).

Amended Report Respectfully Submitted,

February 7, 2022

Randy Moore

Court Appointed Receiver

Date

## EXHIBIT 1

| | James - Donnie Wilson Trucking LLC | |
|---|---|---|
| **Date** | **RECEIPTS** | **Amount** |
| 1/8/2021 | James /Wilson Trucking | $200.00 |
| 1/13/2021 | James /Wilson Trucking | $200.00 |
| 1/19/2021 | James /Wilson Trucking | $200.00 |
| 1/27/2021 | James /Wilson Trucking | $200.00 |
| 2/3/2021 | James /Wilson Trucking | $200.00 |
| 2/10/2021 | James /Wilson Trucking | $200.00 |
| 2/24/2021 | James /Wilson Trucking | $200.00 |
| 3/2/2021 | James /Wilson Trucking | $200.00 |
| 3/11/2021 | James /Wilson Trucking | $200.00 |
| 3/24/2021 | James /Wilson Trucking | $200.00 |
| 3/31/2021 | James /Wilson Trucking | $200.00 |
| 4/7/2021 | James /Wilson Trucking | $200.00 |
| 4/14/2021 | James /Wilson Trucking | $200.00 |
| 5/12/2021 | James /Wilson Trucking | $200.00 |
| 5/19/2021 | James /Wilson Trucking | $100.00 |
| 5/26/2021 | James /Wilson Trucking | $200.00 |
| 6/2/2021 | James /Wilson Trucking | $200.00 |
| | Total Amount: | $3,300.00 |

Exhibit 1-A

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | Nonemployee Compensation |
|---|---|---|---|
| DONNIE WISLON TRUCKING LLC<br>PO BOX 561<br>NEW BOSTON TX 75570<br>(903) 314-5159 | | 2021<br>Form 1099-NEC | |

| PAYER'S TIN | RECIPIENT'S TIN | 1 Nonemployee compensation | Copy B |
|---|---|---|---|
| 83-0651907 | [redacted] | $ 19550.00 | For Recipient |

| RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code | |
|---|---|
| JAMES THOMPSON<br>921 CR 1103<br>MAUD TX 75567 | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐<br>3<br>4 Federal income tax withheld<br>$ |

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| Account number (see instructions) | 5 State tax withheld | 6 State/Payer's state no. | 7 State income |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |

Form 1099-NEC (keep for your records) Department of the Treasury - Internal Revenue Service

## EXHIBIT 2

| | James - Arthur Expess Inc. | |
|---|---|---|
| **Date** | **RECEIPTS** | **Amount** |
| 7/6/2021 | James Yardwork | $117.13 |
| 7/19/2021 | James Yardwork | $80.13 |
| 7/21/2021 | James Yardwork | $24.04 |
| 9/8/2021 | James Yardwork | $40.00 |
| 10/6/2021 | James Yardwork | $40.00 |
| 10/13/2021 | James Yardwork | $50.00 |
| 10/25/2021 | James Yardwork | $50.00 |
| 11/3/2021 | James Yardwork | $30.00 |
| 11/10/2021 | James Yardwork | $35.00 |
| 11/18/2021 | James Yardwork | $40.00 |
| 11/24/2021 | James Yardwork | $45.00 |
| 12/17/2021 | James Yardwork | $50.00 |
| | Total Amount: | $601.30 |

## James Payroll / Expenses Reconcilliation
## Artur Express

| Date | Pay Amount | NOTES: |
|---|---|---|
| 10/22/2021 | $ 844.40 | |
| 10/29/2021 | $ 1,005.06 | |
| 11/5/2021 | $ 1,666.14 | |
| 11/12/2021 | $ 1,498.60 | |
| 11/19/2021 | $ 730.25 | |
| 11/26/2021 | $ 1,320.23 | |
| 12/3/2021 | $ 569.18 | |
| 12/10/2021 | $ 84.11 | James had Bronchitus was sick for 2 weeks |
| 12/17/2021 | $ 727.70 | |
| 12/24/2021 | $ 901.94 | |
| 12/31/2021 | $ 937.84 | |
| 1/7/2022 | $ 1,053.53 | |
| 1/14/2022 | $ 1,062.00 | |
| | **$ 12,400.98** | |

**Expenses:**

$350.00/ week for running $ times 11 weeks =$3850.00 (2 weeks sick)
DR bills for James $900.00
DR bills for April $552.00
Brother Death - Paid for cremation (early Dec 2021) $3100.00
ALT Trip - April Early Dec 2021- $650.00 (gas, hotel, food)
ALT Trip James - Early Jan 2022- $850.00 (flight, hotel, food, uber)
Christmas $750.00
Gas, groceries, meds, car repairs, other items $1583.98
Money to RAM in this time frame $165.00

| | |
|---|---|
| **Income** | **$ 12,400.98** |
| **Expenses** | **$ (12,400.98)** |
| | **$ -** |

# 2021 W-2 and EARNINGS SUMMARY

**Employee Reference Copy**
**W-2 Wage and Tax Statement 2021**
OMB No. 1545-0008
Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 001763 DALL/T9Q | 000218 | | A 478 |

c Employer's name, address, and ZIP code
ARTUR EXPRESS INC
4824 PARK 370 BOULEVARD
HAZELWOOD MO 63042

Batch #03618

e/f Employee's name, address, and ZIP code
JAMES THOMPSON
921 COUNTY ROAD 1103
MAUD TX 75567-2556

| | |
|---|---|
| b Employer's FED ID number 43-1882689 | a Employee's SSA number XXX-XX-4933 |
| 1 Wages, tips, other comp. 28956.32 | 2 Federal income tax withheld 337.60 |
| 3 Social security wages 29510.31 | 4 Social security tax withheld 1829.64 |
| 5 Medicare wages and tips 29510.31 | 6 Medicare tax withheld 427.90 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D 553.99 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |
| 15 State MO / Employer's state ID no. 17339961 | 16 State wages, tips, etc. 28956.32 |
| 17 State income tax 472.00 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | MO. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 30,307.83 | 30,307.83 | 30,307.83 | 30,307.83 |
| Less 401(k) (D-Box 12) | 553.99 | N/A | N/A | 553.99 |
| Less Other Cafe 125 | 797.52 | 797.52 | 797.52 | 797.52 |
| Reported W-2 Wages | 28,956.32 | 29,510.31 | 29,510.31 | 28,956.32 |

2. Employee Name and Address.

JAMES THOMPSON
921 COUNTY ROAD 1103
MAUD TX 75567-2556

© 2021 ADP, Inc.

| | |
|---|---|
| 1 Wages, tips, other comp. 28956.32 | 2 Federal income tax withheld 337.60 |
| 3 Social security wages 29510.31 | 4 Social security tax withheld 1829.64 |
| 5 Medicare wages and tips 29510.31 | 6 Medicare tax withheld 427.90 |
| d Control number 001763 DALL/T9Q / Dept. 000218 | Corp. / Employer use only A 478 |
| c Employer's name, address, and ZIP code ARTUR EXPRESS INC 4824 PARK 370 BOULEVARD HAZELWOOD MO 63042 | |
| b Employer's FED ID number 43-1882689 | a Employee's SSA number XXX-XX-4933 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D 553.99 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |
| e/f Employee's name, address and ZIP code JAMES THOMPSON 921 COUNTY ROAD 1103 MAUD TX 75567-2556 | |
| 15 State MO / Employer's state ID no. 17339961 | 16 State wages, tips, etc. 28956.32 |
| 17 State income tax 472.00 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**Federal Filing Copy**
**W-2 Wage and Tax Statement 2021**
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

| | |
|---|---|
| 1 Wages, tips, other comp. 28956.32 | 2 Federal income tax withheld 337.60 |
| 3 Social security wages 29510.31 | 4 Social security tax withheld 1829.64 |
| 5 Medicare wages and tips 29510.31 | 6 Medicare tax withheld 427.90 |
| d Control number 001763 DALL/T9Q / Dept. 000218 | Corp. / Employer use only A 478 |
| c Employer's name, address, and ZIP code ARTUR EXPRESS INC 4824 PARK 370 BOULEVARD HAZELWOOD MO 63042 | |
| b Employer's FED ID number 43-1882689 | a Employee's SSA number XXX-XX-4933 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a D 553.99 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |
| e/f Employee's name, address and ZIP code JAMES THOMPSON 921 COUNTY ROAD 1103 MAUD TX 75567-2556 | |
| 15 State MO / Employer's state ID no. 17339961 | 16 State wages, tips, etc. 28956.32 |
| 17 State income tax 472.00 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**MO.State Reference Copy**
**W-2 Wage and Tax Statement 2021**
OMB No. 1545-0008
Copy 2 to be filed with employee's State...

| | |
|---|---|
| 1 Wages, tips, other comp. 28956.32 | 2 Federal income tax withheld 337.60 |
| 3 Social security wages 29510.31 | 4 Social security tax withheld 1829.64 |
| 5 Medicare wages and tips 29510.31 | 6 Medicare tax withheld 427.90 |
| d Control number 001763 DALL/T9Q / Dept. 000218 | Corp. / Employer use only A 478 |
| c Employer's name, address, and ZIP code ARTUR EXPRESS INC 4824 PARK 370 BOULEVARD HAZELWOOD MO 63042 | |
| b Employer's FED ID number 43-1882689 | a Employee's SSA number XXX-XX-4933 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a D 553.99 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick p |
| e/f Employee's name, address and ZIP code JAMES THOMPSON 921 COUNTY ROAD 1103 MAUD TX 75567-2556 | |
| 15 State MO / Employer's state ID no. 17339961 | 16 State wages, tips, etc. 28956.32 |
| 17 State income tax 472.00 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**MO.State Filing Copy**
**W-2 Wage and Tax Statement 2021**



# EXHIBIT 3

| | April - Arise Virtual Solutions Inc. | |
|---|---|---|
| **Date** | **RECEIPTS** | **Amount** |
| 1/11/2021 | Arise Virtual Solutions | $504.07 |
| 1/26/2021 | Arise Virtual Solutions | $366.20 |
| 2/8/2021 | Arise Virtual Solutions | $358.23 |
| 2/23/2021 | Arise Virtual Solutions | $440.20 |
| 3/8/2021 | Arise Virtual Solutions | $308.23 |
| 3/23/2021 | Arise Virtual Solutions | $451.71 |
| 4/8/2021 | Arise Virtual Solutions | $432.22 |
| 4/23/2021 | Arise Virtual Solutions | $378.83 |
| 5/10/2021 | Arise Virtual Solutions | $362.30 |
| 5/24/2021 | Arise Virtual Solutions | $358.35 |
| 6/8/2021 | Arise Virtual Solutions | $640.78 |
| 6/24/2021 | Arise Virtual Solutions | $5.99 |
| 7/9/2021 | Arise Virtual Solutions | $402.94 |
| 7/23/2021 | Arise Virtual Solutions | $403.84 |
| 8/9/2021 | Arise Virtual Solutions | $330.26 |
| 8/23/2021 | Arise Virtual Solutions | $365.80 |
| 9/9/2021 | Arise Virtual Solutions | $509.03 |
| 9/23/2021 | Arise Virtual Solutions | $227.23 |
| 10/8/2021 | Arise Virtual Solutions | $557.12 |
| 10/25/2021 | Arise Virtual Solutions | $442.86 |
| | Total Amount: | $7,846.19 |

EXHIBIT 3-A

ARISE VIRTUAL SOLUTIONS INC
3450 LAKESIDE DRIVE 6TH FLOOR
MIRAMAR, FL 33027

195053

C838 1of1 T501 B694 P8
APRIL A THOMPSON
921 COUNTY ROAD 1103
MAUD, TX 75567-2556

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | 1 Rents | 2 Royalties | OMB No. 1545-0115 |
|---|---|---|---|---|
| ARISE VIRTUAL SOLUTIONS INC<br>3450 LAKESIDE DRIVE 6TH FLOOR<br>MIRAMAR, FL 33027<br>(954) 392-2600 | | $ 12,185.34 | $ | **2021**<br>Form 1099-MISC |
| | | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | |
| | | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | **Miscellaneous Information** |
| PAYER'S TIN<br>98-0151557 | RECIPIENT'S TIN<br>XXXXX6542 | 7 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 8 Substitute payments in lieu of dividends or interest<br>$ | **Copy B For Recipient** |
| RECIPIENT'S name<br>APRIL A THOMPSON<br>921 COUNTY ROAD 1103<br>MAUD, TX 75567-2556 | | 9 Crop insurance proceeds<br>$ | 10 Gross proceeds paid to an attorney<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 11 Fish purchased for resale<br>$ | 12 Section 409A deferrals<br>$ | |
| | | 13 Excess golden parachute payments<br>$ | 14 Nonqualified deferred compensation<br>$ | |
| Account number (see instructions)<br>249034 | FATCA filing requirement ☐ | 15 State tax withheld<br>$ | 16 State/Payer's state no. | 17 State income<br>$ |

Form 1099-MISC (keep for your records) www.irs.gov/Form1099MISC Department of the Treasury - Internal Revenue Service

**Instructions for Recipient - 1099-MISC (2021)**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification

**Box 5.** Shows the amount paid to a fishing boat crew member who is considered by the operator to be self-employed. Self-employed individuals must report this amount on Schedule



Exhibit 4

Property Description
5.005 Acres
Bowie County, Texas

All that certain lot, tract or parcel of land lying and situated in the J. A. Reed Headright Survey, Abstract 497, Bowie County, Texas, being all of that certain tract of land described as 5.00 acres in the deed from William and Shirley Pierce to James and April Thompson, dated December 18, 2012, recorded in Volume 6359, Page 164 of the Real Property Records, Bowie County, Texas, same being a portion of that certain tract of land described as 30.00 acres in the deed from Robert C. Graves, et ux to William H. Pierce, et ux, dated April 3, 1987, recorded in Volume 987, Page 211 of the Real Property Records, Bowie County, Texas and being more particularly described by metes and bounds as follows:

COMMENCING at a 5/8 inch steel rod (control monument), found for a corner, lying in the North right-of-way line of County Road 1103, the Southeast corner of the said 30.00 acre tract, and the Southwest corner of that certain tract of land described as 10.00 acres in the deed from John Houston Gay and Nancy C. Gay to Alan F. LeConey, et ux, dated February 16, 1984, recorded in Volume 718, Page 1 of the Real Property Records, Bowie County, Texas, said corner bears North 01 degrees 59 minutes 02 seconds West (basis of bearings) a distance of 1904.00 feet to a 3/8 inch steel rod (control monument), found for the Northeast corner of the said 30.00 acre tract;

THENCE South 87 degrees 23 minutes 51 seconds West a distance of 60.00 feet along the North right-of-way line of the said County Road 1103 and the South line of the said 30.00 tract to a 5/8 inch steel rod, found for a corner, the Southeast corner of the said 5.00 acre tract and Point of Beginning of herein described tract of land;

THENCE South 87 degrees 23 minutes 51 seconds West a distance of 400.41 feet along the North line of the said County Road 1103 and the South line of the said 5.00 acre tract to a 5/8 inch steel rod found for a corner, lying in the North right-of-way line of the said County Road 1103, the Southwest corner of the said 5.00 acre tract;

THENCE North 01 degrees 58 minutes 17 seconds West a distance of 544.88 feet along the West line of the said 5.00 acre tract to a 5/8 inch steel rod, capped RPLS 4874, found for a corner, the Northwest corner of the said 5.00 acre tract;

THENCE North 87 degrees 26 minutes 09 seconds East a distance of 400.05 feet along the North line of the said 5.00 acre tract to a 5/8 inch steel rod, capped RPLS 4874, found for a corner, the Northeast corner of the said 5.00 acre tract;

THENCE South 02 degrees 00 minutes 35 seconds East a distance of 544.61 feet along the East line of the said 5.00 acre tract to the point of beginning and containing 5.005 acres of land, at the time of this survey.

SURVEYOR CERTIFICATE:

THIS IS TO CERTIFY THAT THIS SURVEY WAS MADE ON THE GROUND UNDER MY SUPERVISION ON NOVEMBER 3, 2021. THAT THIS PLAT (MAP OR DRAWING) SUBSTANTIALLY COMPLIES WITH THE CURRENT PROFESSIONAL AND TECHNICAL STANDARDS OF THE TEXAS BOARD OF PROFESSIONAL LAND SURVEYING, AND REPRESENTS THE FACTS FOUND AT THE TIME OF THE SURVEY, THERE ARE NO VISIBLE IMPROVEMENTS EXCEPT AS SHOWN ON THE SURVEY PLAT.

THIS PLAT IS FOR THE INTENDED USE OF RANDY MOORE AS RELATES TO OWNERSHIP OR TRANSFER OF OWNERSHIP. THIS SURVEY IS NOT ASSIGNABLE OR TRANSFERABLE, MAY NOT BE REISSUED WITHOUT RE-SURVEY AND MAY BE VOID/INVALID SUBJECT TO CHANGES IN GOVERNANCE OR INTERPRETATIONS ISSUED BY THE TEXAS BOARD OF PROFESSIONAL LAND SURVEYING, AND MAY NOT BE COPIED OR PROVIDED TO OTHER PARTIES WITHOUT THE EXPRESSED WRITTEN PERMISSION OF THE UNDERSIGNED.

Jeffrey Wood

JEFFREY A. WOOD
REGISTERED PROFESSIONAL LAND SURVEYOR
NO. 6220, STATE OF TEXAS
FIRM CERTIFICATE NO. 101011-00
DATE: NOVEMBER 4, 2021

STATE OF TEXAS REGISTERED JEFFREY A. WOOD #6220 PROFESSIONAL LAND SURVEYOR

THE BEARINGS ARE BASED ON GRID NORTH WITHIN THE "TEXAS COORDINATE SYSTEM OF 1983, NORTH CENTRAL ZONE", NAD83 (CORS96, EPOCH 2002.0), AT THE SURFACE, WITH A BEARING OF NORTH 01 DEGREES 59 MINUTES 02 SECONDS WEST. THE COMBINED SCALE FACTOR TO GO FROM SURFACE TO GRID IS 0.999880014398. THE FOLLOWING CONTROL MONUMENTS WERE USED TO ESTABLISH THE BASIS OF BEARINGS:

CONTROL MONUMENT #1
N=7215750.4102
E=3233404.7089

CONTROL MONUMENT #2
N=7217653.2735
E=3233338.7961

NOTE:
In providing this boundary survey, no attempt has been made to obtain or show data concerning existence, size, depth, condition, capacity or location of any utility existing on the site, whether private, municipal or public owned. Subsurface and environmental conditions were not surveyed or examined or statement is made concerning the existence of underground or overhead conditions, containers or facilities that may affect the use or development of this property. Easement research was not done for this property by the surveyor, nor was a current title policy provided prior to this survey.

**BOUNDARY SURVEY**

5.005 ACRES IN THE J. A. REED HEADRIGHT SURVEY
ABSTRACT 497
BOWIE COUNTY, TEXAS

| Date | Revision/Description |
|---|---|
| | |
| | |
| | |

| Drawn By | Checked By | Project No. | Dwg. Date | File No. | Sheet No. |
|---|---|---|---|---|---|
| BLD | JH | 21235 | 11/04/2021 | | |

MTG engineers & surveyors
5400 SUMMERHILL RD.
TEXARKANA TEXAS 75503

© MTG 2021 TBPE NO. 554

\\mtgengineers.local\mtgfileshares\DATA\2021 Projects\212313 921 CR 1103 (Randy Moore)\212313.pro
Thu Nov 4, 2021 0:05PM

Exhibit 5

January 25, 2022

James Thomas Thompson
April Ann Thompson
921 CR 1103
Maud, Texas 75567

Randy Moore (Receiver)
Thompson
PO Box 5931
Texarkana, Texas 75505

NOTICE OF TRUSTEE'S SALE

You, James Thomas Thompson and April Ann Thompson are hereby notified that on Tuesday, the 1st day of March, 2022, not earlier than 1:00 p.m. nor later than 4:00 p.m., at the Bowie County Courthouse, at the following location: 710 James Bowie Drive, New Boston, Texas, - at the front entrance of the courthouse in Bowie County, OR IN THE AREA DESIGNATED BY THE COMMISSIONER'S COURT, PURSUANT TO SECTION 51.002 OF TEXAS PROPERTY CODE, the undersigned, will sell at public auction to the highest bidder for cash the real property described below:

*See Attached Exhibit.*

This sale will be made to satisfy the debt evidenced by a Promissory Note and Mechanic's Lien Note dated, May 24, 2018, secured by a Deed of Trust, executed by James Thomas Thompson and April Ann Thompson, to First National Bank of Hughes Springs, Real Property Records, Bowie County, Texas, in the amount of $346,530.00 is now due and payable. First National Bank of Hughes Springs has requested me, the undersigned, to enforce the Promissory Note, Mechanic's Lien and Deed of Trust by selling the real property because you are in default in the non-payment on the note described in said Promissory Note and Deed of Trust.

Your debt was accelerated as you were notified by notice dated September 2, 2021. As of today's date, you now owe the sum of $368,353.18.

The beneficiary of the Deed of Trust appointed and substituted me, the undersigned, a trustee under the Deed of Trust by a substitution dated September 7, 2021. As substitute trustee, I am vested with and succeed to all the powers and duties given to the original trustee.

**ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NAIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.**

With kindest regards, I am

Very truly yours,

R. Shelton

Rick D. Shelton
Substitute Trustee

CMRRR: 7019 2280 0001 4803 6645 – James and April Thompson
CMRRR: 7019 2280 0001 4803 6652 – Randy Moore (Receiver)