# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| FOREST INVESTMENT ASSOCIATES L.P., ) ) ) Plaintiff, ) ) v. ) ) ) APRIL THOMPSON, JAMES THOMPSON, ) JAMES THOMPSON TRUCKING, LLC, ) JAMES THOMPSON TRANSPORT, LLC, ) AND JAMES THOMPSON d/b/a JAMES ) THOMPSON RACING, ) ) Defendants. ) | CIVIL ACTION<br><br>No. 5:19-CV-00065-RWS |

## PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES

COMES NOW Plaintiff, Forest Investment Associates L.P. ("FIA"), and for its unopposed motion for attorney fees respectfully states:

In granting Plaintiff's second motion for contempt, the Court announced its intention to award FIA the "reasonable attorneys' fees" incurred in prosecuting the motion. 4/7/22 Tr. at 32:11-18; Dkt. 155 at 9 (ordering the parties to "meet and confer regarding Plaintiff's reasonable and necessary attorney's fees."). FIA respectfully requests fees in the amount of $15,033.00. Their reasonableness is established by the Declaration of Geoff Culbertson. Ex. 1.

Defendants' do not oppose the reasonableness or necessity of the fees requested herein.

FIA respectfully requests the Court Order Defendants to pay FIA's reasonable and necessary attorneys' fees of $15,033.00.

Respectfully submitted,

*/s/ Geoff Culbertson*

Geoffrey P. Culbertson
TX Bar No. 24045732
PATTON, TIDWELL & CULBERTSON, LLP
2800 Texas Boulevard
Texarkana, TX  75503
Telephone:  (903) 792-5859
Facsimile:   (903) 792-8233
gpc@texarkanalaw.com


S. Lawrence Polk *(Admitted pro hac vice)*
Georgia Bar No. 582959
Olga Greenberg *(Admitted pro hac vice)*
Georgia Bar No. 307731
999 Peachtree Street NE, Suite 2300
Atlanta, GA 30309
Phone: (404) 853-8000
larrypolk@eversheds-sutherland.com
olgagreenberg@eversheds-sutherland.com

**Counsel for Forest Investment Associates L.P.**

**CERTIFICATE OF CONFERENCE**

On April 22, 2022, counsel for Plaintiff, Geoff Culbertson, and counsel for Defendants, Darren Anderson, conferred regarding the relief requested herein. Defendants do not oppose the requested relief. Accordingly, this motion is unopposed.

*/s/ Geoff Culbertson*
Geoffrey P. Culbertson

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 22, 2022.

*/s/ Geoff Culbertson*
Geoffrey P. Culbertson